IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 06-cr-00495-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CINDY L. BEYERSDORF,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE PHILLIP S. FIGA

    This matter is before the Court upon a review of the file.  To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

    ORDERED that all pretrial motions shall be filed by **January 15, 2007** and responses to these motions shall be filed by **January 24, 2007**.  It is

    FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **Monday, February 12, 2007 at 10:30 a.m.**  If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion.  It is

    FURTHER ORDERED that a five-day jury trial is set for **Tuesday, February 20, 2007 at 1:30 p.m.**

    DATED:  December 19, 2006