IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00495-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CINDY L. BEYERSDORF,

    Defendant.

## ORDER GRANTING DISCLOSURE OF GRAND JURY MATERIALS

This matter is before the Court on the Government's Motion for an Order Permitting Disclosure of Grand Jury Material (Dkt. # 5), filed December 22, 2006.  Upon consideration of the motion, it is

ORDERED that, pursuant to Rule 6(e)(3)(E)(I), the Government may disclose grand jury materials to defense counsel of record in the above-captioned case.

IT IS FURTHER ORDERED that, in order to protect grand jury secrecy, said grand jury material shall be used only for the purposes of defending this case, that such disclosure be made only to Defendant Beyersdorf and her attorneys, that such transcripts and exhibits be maintained in the defense attorney's custody, that such materials shall not be reproduced or disseminated, and that such materials be destroyed or returned to the Government at the end of this case.

DATED:  January 17, 2007.

BY THE COURT:

*s/ Phillip S. Figa*
_____
Phillip S. Figa
United States District Judge