IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00495-PSF

UNITED STATES OF AMERICA,

     Plaintiff,

v.

CINDY L. BEYERSDORF,

     Defendant.

---

## ORDER TO VACATE TRIAL DATES AND
## SET STATUS CONFERENCE/MOTIONS HEARING

---

This matter is before the Court on Defendant Beyersdorf's unopposed Motion to Vacate Trial Date (Dkt. # 13).  For the reasons set forth in this motion, the Court finds pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) that failure to grant the requested continuance would deny the defendant reasonable time necessary for preparation of a defense.  It is, therefore,

ORDERED that the final trial preparation conference set for February 12, 2007 and the five-day jury trial set to commence February 20, 2007 are VACATED.  It is

FURTHER ORDERED that a status conference/motions hearing is set for

**Friday, February 16, 2007 at 2:30 p.m.**, at which time outstanding motions will be heard and a new trial date may be set.

DATED:  January 18, 2007

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge