IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00495-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CINDY L. BEYERSDORF,

    Defendant.

## ORDER RESETTING STATUS CONFERENCE/MOTIONS HEARING

This matter is before the Court *sua sponte*. The Court hereby ORDERS that the status conference/motions hearing in this matter currently set for February 16, 2007 is RESET to **Tuesday, February 13, 2007 at 1:30 p.m.**

    DATED: January 26, 2007

    BY THE COURT:

    *s/ Phillip S. Figa*

    _____
    Phillip S. Figa
    United States District Judge