IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00495-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CINDY L. BEYERSDORF,

    Defendant.

_____

## ORDER RESETTING STATUS CONFERENCE/MOTIONS HEARING
_____

Defendant's Motion to Reset Status Conference/Motions Hearing (Dkt. # 19) is GRANTED.  The Court hereby ORDERS that the status conference/motions hearing in this matter set for February 13, 2007 is RESET to **Wednesday, February 21, 2007 at 10:00 a.m.**

    DATED:  January 30, 2007

                                            BY THE COURT:

                                            *s/ Phillip S. Figa*
                                            _____
                                            Phillip S. Figa
                                            United States District Judge