**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE PHILLIP S. FIGA**

Courtroom Deputy: Valeri P. Barnes  
Court Reporter: Darlene Martinez

Date: February 21, 2007

Criminal Action No. 06-cr-00495-PSF

*Parties:*

UNITED STATES OF AMERICA,

    Plaintiff,

v.

CINDY L. BEYERSDORF,

    Defendant.

*Counsel:*

Peter Walsh

Brian Holland

_____

### COURTROOM MINUTES
_____

HEARING: Motions/Status Conference

**10:04 a.m.   Court in session.**

Defendant present on bond.

Also present: IRS Special Agent James Marcy.

**ORDER:**   Defendant's Motion for Government to Provide Notice of Rule 404(b) Evidence Regarding Defendant **(11)** is **granted** as to 404(b); **denied** as to 608.

**ORDER:**   Defendant's Motion for Notice of Intent to Offer Expert Testimony, for Report of Experts, and for Disclosure of Results and Methodologies **(12)** is **granted.**

**ORDER:**   Defendant's Motion to Issue *Subpoenas Duces Tecum* for the Production of Documents from Colorado Board of Accountancy **(22)** is **granted.**

**ORDER:**   Defendant's Motion to Issue *Subpoenas Duces Tecum* for the Production of Documents from Mendota, A Travelers Company **(23)** is **granted.**

**ORDER:**   Defendant's Motion to Issue *Subpoenas Duces Tecum* for the Production of Documents from Foremost Insurance Group **(24)** is **granted.**

**ORDER:**   Defendant's Motion to Issue *Subpoenas Duces Tecum* for the Production of Documents from Office Depot **(25)** is **granted.**

**DEADLINES/HEARINGS:**
Defendant's *Motions in Limine* due **February 28, 2007.**
Responses to *Motions in Limine* due **March 14, 2007.**
Subpoenas return date: **February 28, 2007.**
Objections to subpoenas due **March 7, 2007.**
Expert disclosures due **June 4, 2007.**
Responses to expert disclosure due **July 4, 2007.**
Disclosure of NCIC: **February 23, 2007.**
Government's witness and exhibit list due **40 days prior to trial.**
Status Conference set for **June 4, 2007, at 9:00 a.m.**
Final Trial Preparation Conference set for **August 20, 2007, at 8:15 a.m.**
Five-day jury trial set for **August 27, 2007, at 1:30 p.m.**

**ORDER:**   Bond is continued.

**10:49 a.m.**   **Court in recess/hearing concluded.**

Total in-court time: 00:45