IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Criminal Case No. 06–cr–00495–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CINDY L. BEYERSDORF,

    Defendant.

## ORDER AND NOTICE OF SETTINGS

EDWARD W. NOTTINGHAM, Judge
Jamie L. Hodges, Secretary

    This matter is set for a five-day trial to a jury of twelve, plus alternates, commencing at **9:00 o'clock a.m.** on Monday, **August 27, 2007**, in Courtroom A1001 of the Alfred A. Arraj United States Courthouse.  Therefore, it is

    **ORDERED** that a hearing on the motions is set for **April 18, 2007**, at 2:15 o'clock p.m.  It is further

    **ORDERED** that a change of plea hearing is scheduled to commence at 2:15 o'clock p.m. on Friday, **July 20, 2007**.  The deadline for submitting the plea agreement and statement of facts relevant to sentencing and the statement by defendant in advance of plea of guilty is Wednesday, July 18, 2007.  It is further

1

**ORDERED** that the status conference set for June 4, 2007 and the final trial preparation conference set for August 20, 2007, are VACATED.

Dated: April 13, 2007