IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk  Date: April 18, 2007
Therese Lindblom, Court Reporter

Criminal Action No. 06-cr-00495-EWN

*Parties:*                                         *Counsel:*

UNITED STATES OF AMERICA,          Peter Walsh

　　　Plaintiff,

v.

1.  CINDY L. BEYERSDORF,              Brian Holland

　　　Defendant.

---

## COURTROOM MINUTES

---

**Motions Hearing**

**2:15 p.m.**     Court in session.

Discussion regarding motion in limine, #31.

Mr. Holland asks to withdraw the motion.

**ORDERED: 1.   Defendant's Motion In Limine to Preclude the Government from Introducing Evidence Regarding Defendant's Statements (#31, filed February 28, 2007) is deemed WITHDRAWN at this time.**

**ORDERED: 2.   Defendant's Amended Motion to Issue Supbpoenas Duces Tecum for the Production of Documents from Colorado Board of Accountancy (#36, filed March 9, 2007) is GRANTED.**

*Courtroom Minutes*
*06-cr-00495-EWN*
*Judge Edward W. Nottingham*
*Page 2 of 2*

Discussion regarding process for obtaining subpoenas from Clerk's office.

**ORDERED:   3.     Colorado State Board of Accountancy's Motion to Quash Defendant Cindy L. Beyersdorf's Subpoena in a Criminal Case (#38, filed March 19, 2007) is DENIED.**

Discussion regarding progress of handwriting analyses.

Discussion regarding moving proceedings in this case up.

**2:27 p.m.**     Court in recess.

Hearing concluded.

Total time: 00:12