IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00495-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

1.    CINDY L. BEYERSDORF,

    Defendant.

## ORDER TO SEAL

Upon the motion of the United States of America, and for good cause shown, IT IS ORDERED that the Government's Motion to Seal, this Order and Defendant's Motion to Continue Trial Date for Competency Evaluation and to Conduct Further Investigation (Document # 92), as well as any order issued by this Court with regard to these Motions, are hereby sealed against everyone except attorneys and employees of the Office of the U.S. Attorney.

DATED this 25th day of October, 2007.

                                          BY THE COURT:

                                          s/ Edward W. Nottingham
                                          EDWARD W. NOTTINGHAM
                                          CHIEF JUDGE
                                          UNITED STATES DISTRICT COURT
                                          DISTRICT OF COLORADO