IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Nel Steffens, Deputy Clerk
Therese Lindblom, Court Reporter

Date: October 29, 2007

Criminal Action No. 06-cr-00495-EWN

*Parties:*

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. CINDY L. BEYERSDORF,

Defendant.

*Counsel:*

Charles O'Reilly, John Scully, and Thomas O'Rourke

Brian Holland

---

## COURTROOM MINUTES

**Hearing Regarding Motion to Continue Trial Date**

**2:18 p.m.**     Court in session.

Discussion regarding motion to continue trial, #96. Government does not oppose the motion.

Discussion regarding appointment of a psychiatric or psychological examiner. Mr. Holland tenders Exhibit G.

Court directs counsel to agree on an examiner and to submit a stipulated order to the court, making the findings required per discussion on record, and ordering the appointment of the agreed on examiner.

Court's findings.

*Courtroom Minutes*
*06-cr-00495-EWN*
*Chief Judge Edward W. Nottingham*
*Page 2 of 2*

**ORDERED: 1.** Defendant's *Ex Parte* motion (#96, filed October 25, 2007) is **GRANTED.**

Speedy trial findings. The court finds that while the evaluation is pending, Speedy Trial time limits are tolled.

**ORDERED: 2.** **The trial date of November 5, 2007, is vacated.**

**ORDERED: 3.** **A status report is to be submitted commencing December 1, 2007, and every thirty days thereafter.**

Discussion regarding the motion to withdraw as attorney, #98. Government has filed an objection to the motion. Mr. Holland refers to showing presented in the *ex parte* motion to withdraw.

**ORDERED: 4.** **Defendant's *Ex Parte* motion (#98, filed October 25, 2007) is GRANTED. Mr. Holland shall assist the defendant in preparing a CJA financial affidavit to submit to a designated magistrate judge for appointment of new counsel; his withdrawal is contingent upon appointment.**

**2:35 p.m.**   Court in recess.

Hearing concluded.

Total time: 00:17