IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 06-cr-00495-EWN

UNITED STATES OF AMERICA,

       Plaintiff,

       v.

1.     CINDY L. BEYERSDORF,

       Defendant.

## ORDER FOR COMPETENCY EXAMINATION OF THE DEFENDANT

THIS MATTER comes before the Court on Defendant's Motion to Continue Trial Date for Competency Evaluation and to Conduct Further Investigation (#92).

In the Motion, defense counsel stated grounds to believe that Defendant may be presently suffering from a mental disease or defect rendering her mentally incompetent to the extent that she is unable to assist properly in her defense. The Government did not oppose a reasonable continuance for the Court to order a competency examination. THEREFORE,

IT IS HEREBY ORDERED that the Motion (#92) is GRANTED. Pursuant to 18 U.S.C. § 4247(b), Defendant shall be examined by Dr. Susan Bograd, the psychiatrist agreed upon by the parties. Pursuant to 18 U.S.C. § 4247(c), Dr. Bograd shall issue a report addressing the Defendant's competency to proceed in this matter. The report shall be submitted to the Court and counsel within 30 days of the date of this Order.

IT IS SO ORDERED on this 13th day of November, 2007.

<div style="margin-left:3em">
s/ Edward W. Nottingham  
EDWARD W. NOTTINGHAM  
CHIEF JUDGE  
UNITED STATES DISTRICT COURT  
DISTRICT OF COLORADO
</div>