IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 06-cr-00495-EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. CINDY L. BEYERSDORF,

    Defendant.

---

### STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS AND DEPOSITIONS

---

    It is stipulated that upon the conclusion of the trial/hearing, counsel for the parties shall retain custody of their respective exhibits and depositions until such time as all need for the exhibits and depositions has terminated and the time to appeal has <u>expired</u> or all appellate proceedings have been <u>terminated</u> plus sixty (60) days.

    DATED this 8th day of November, 2007.

                                      BY THE COURT:

                                      Edward W. Nottingham, Chief Judge

| N/A | |
|---|---|
| Counsel for Government | Counsel for Defendant |